JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANCHEZ HERNANDEZ,<br><br>       Petitioner,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>       Respondents. | Case No. 5:26-cv-01089-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Claim Two of the Verified Petition for Habeas Corpus and Complaint for Injunctive and Declaratory Relief (the "Petition") [ECF No. 1] is **GRANTED**.

2. Claims One and Three of the Petition are **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: June 4, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-